UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | **NEW CASE NO. 1:19-cv-01196-BAM** |
| Plaintiffs, | ORDER ASSIGNING CASE RE PRESIDING JUDGE |
| v. | |
| 1309 WEST SHAW, LLC, | Old Case No.1:19-cv-01196-LJO-BAM |
| Defendant. | |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. MCAULIFFE as Presiding Judge. The parties filed their consents under Title 28 U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. *See* Doc Nos. 4, 12-1.

All future pleadings shall be numbered as follows:

**1:19-cv-01196-BAM**

IT IS SO ORDERED.

Dated: **December 13, 2019**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1